NO. 07-02-0478-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JANUARY 2, 2003

______________________________

CONSECO FINANCE SERVICING CORP. F/K/A

GREEN TREE FINANCIAL SERVICING CORPORATION, APPELLANT

V.

ELIPIDIO CABRERA, HERIBERTHA CABRERA AND

ALL UNKNOWN OCCUPANT(S), APPELLEES

_________________________________

FROM THE 287
TH
 DISTRICT COURT OF BAILEY COUNTY;

NO. 7736; HONORABLE GORDON H. GREEN, JUDGE

_______________________________

Before REAVIS and JOHNSON, JJ, and BOYD, S.J.
(footnote: 1)
ORDER OF ABATEMENT

On December 27, 2002, appellant Conseco Finance Servicing Corp., filed a Suggestion of Bankruptcy in this appeal.  

Pursuant to 
Tex. R. App. P
. 8, this appeal is suspended until further order of this court.  The parties are directed to take such action as is appropriate to advise the clerk of this court of any change in the status of appellant Conseco Finance Servicing Corp.’s bankruptcy proceeding which would affect the status of this appeal, including but not limited to the filing of a Motion to Reinstate pursuant to 
Tex. R. App. P
. 8.3.

Per Curiam

Do not publish.

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.